IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02509-BNB

WILLIAM NANCE,
    Petitioner,

v.

THE PEOPLE OF THE STATE OF COLORADO,
    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 9 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Petitioner, William Nance, initiated this action by filing *pro se* a "Petition for Violation of Constitutional Rights Under 14th, 6th, & 5th Amendments" challenging the validity of a Colorado state court conviction and sentence. In an order filed on October 14, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Nance to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Nance to file an application for a writ of habeas corpus on the proper form and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Nance was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Nance has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's October 14 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the "Petition for Violation of Constitutional Rights Under 14th, 6th

& 5th Amendments" is denied and the action is dismissed without prejudice pursuant to

Rule 41(b) of the Federal Rules of Civil Procedure because Petitioner failed to cure the

deficiencies as directed.

DATED at Denver, Colorado, this   23rd   day of   November  , 2010.

BY THE COURT:

*Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 10-cv-02509-BNB

William Nance
Prisoner No.  110683
Fremont Corr. Facility
P.O. Box 999
Cañon City, CO 81215-0999


    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _11/29/10_

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk